# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                       Plaintiff,

v.                                      Case No.: 1:14–cr–00390

                                      Honorable Milton I. Shadur

Kevin Johnson, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 8, 2014:

      MINUTE entry before the Honorable Milton I. Shadur as to Kevin Johnson (1) and Tyler Lang (2): Motion hearing held. The government's agreed motion for entry of protective order governing discovery [23] is granted. Enter Protective Order Governing Discovery. The status hearing set for October 1, 2014 at 9:00 a.m. shall stand. Mailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.