

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

Thomas G. Bruton
CLERK

312-435-5670

August 1, 2016

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

Re:  USA v. Tyler Lang

U.S.D.C. Docket No.:  14 CR 390-2
U.S.C.A. Docket No.:  16-1694

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

| | |
|---|---|
| ELECTRONIC VOLUME(S) OF PLEADING(S): | 2 [1 of 1 Flash Drive] |
| ELECTRONIC VOLUME(S) OF TRANSCRIPT(S): | 3 [1 of 1 Flash Drive] |
| VOLUME(S) OF PLEADING(S): | [Number of Vol Pleadings] |
| VOLUME(S) OF TRANSCRIPT(S): | [Number of Vol Transcripts] |
| VOLUME(S) OF DEPOSITION(S): | [Number of Vol Depositions] |
| EXHIBITS: | [Exhibits] |
| VAULT ITEMS: | 1 Flash Drive (Sealed Itms) |
| OTHER (SPECIFY): | [Other Items] |
| SPECIAL NOTE: | [Special Note] |

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Sincerely yours,

Thomas G. Bruton, Clerk

By:  /s/  Sheila Moore, Deputy Clerk

| | |
|---|---|
| United States of America | } |
| Northern District of Illinois | } |
| Eastern Division | } |
| | } |

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

**2 Volumes of Pleadings (1 of 1 Flash Drive)**
**1 Flash Drive (Sealed Items)**
**3 Volumes of E-Transcripts (1 of 1 Flash Drive)**

**In the cause entitled:  USA v. Tyler Lang**

Re:
USDC NO.:   14 CR 390-2
USCA NO.:   16-1694

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, 1st this day of August, 2016.

THOMAS G. BRUTON, CLERK

By:  /s/ Sheila Moore, Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ SHEILA MOORE
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
-
August 1, 2016

APPEAL,MARTIN,PROTO,TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.1.1 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:14-cr-00390-2
## Internal Use Only

| | |
|---|---|
| Case title: USA v. Johnson et al | Date Filed: 07/08/2014 |
| | Date Terminated: 03/23/2016 |

Assigned to: Honorable Amy J. St. Eve

Appeals court case number: 16-1694 7th Circuit

**Defendant (2)**

| | | |
|---|---|---|
| **Tyler Lang**<br>*TERMINATED: 03/23/2016* | represented by | **Geoffrey McDonnell Meyer**<br>Federal Defender Program<br>55 E. Monroe St.<br>Suite 2800<br>Chicago, IL 60603<br>(312) 621-8326<br>Fax: (312) 621-8399<br>Email: Geoffrey_Meyer@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| FORCE, VIOLENCE AND THREATS INVOLVING ANIMAL ENTERPRISES<br>(1) | The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 3 months on count one of the indictment, time considered served. Upon release from imprisonment, the defendant shall be on supervised release for a term of 1 year on count one of the indictment. The defendant shall make total restitution in the amount of $200,000.00. Schedule of payments. |

1

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| FORCE, VIOLENCE AND THREATS INVOLVING ANIMAL ENTERPRISES (2) | Any remaining counts are dismissed on the motion of the United States. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Movant**

| **Sudha Narayana Setty** | represented by | **Sudha Narayana Setty** |
|---|---|---|
| | | Western New England University School of Law |
| | | 1215 Wilbranham Road |
| | | Springfield, MA 01119 |
| | | (413)782-1431 |
| | | PRO SE |
| | | |
| | | **Joshua G. Herman** |
| | | Law Office of Joshua G. Herman |
| | | 53 West Jackson Blvd. |
| | | Suite 1650 |
| | | Chicago, IL 60604 |
| | | 312-909-0434 |
| | | Email: jherman@joshhermanlaw.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

**Plaintiff**

| **USA** | represented by | **Bethany Kaye Biesenthal** |
|---|---|---|
| | | United States Attorney's Office (NDIL) |
| | | 219 South Dearborn Street |

2

Suite 500
Chicago, IL 60604
(312) 886-7629
Fax: (312) 353-4324
Email: bethany.biesenthal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Pretrial Services**
.
(312) 435-5793
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

**Probation Department**
.
408-5197
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Probation Department*

**Abraham Richard Wagner**
Law Office Of Abraham Wagner
1875 Century Park East
Suite 1000
Los Angeles, CA 90067
(310) 552-7533
Email: arw@it.org
*TERMINATED: 12/17/2014*
*PRO HAC VICE*
*Designation: Retained*

**Nancy L. DePodesta**
United States Attorney's Office (NDIL)
219 South Dearborn Street

3

Suite 500
Chicago, IL 60604
(312) 353-4224
Email: nancy.depodesta@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**William Ridgway**
United States Attorney's Office
Northern District of Illinoi
219 S. Dearborn St.
Chicago, IL 60604
312-469-6233
Email: william.ridgway@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/08/2014 | view1 | INDICTMENT as to Kevin Johnson (1) count(s) 1-2, Tyler Lang (2) count(s) 1-2. (ym, ) (Entered: 07/14/2014) |
| 07/08/2014 | 🔒 view2 | ~~(Court only) UNREDACTED (SEALED) INDICTMENT as to defendant Kevin Johnson, Tyler Lang. (ym, ) (Entered: 07/14/2014)~~ |
| 07/08/2014 | view3 | DESIGNATION Sheet: FELONY (Category 4). (ym, ) (Entered: 07/14/2014) |
| 07/08/2014 | view4 | MINUTE entry before the Honorable Mary M. Rowland as to Kevin Johnson, Tyler Lang: No bond set. Defendant is currently in state custody and will be writ into federal custody at arraignment as to Kevin Johnson. The Government will seek continued detention pursuant to Title 18, United States Code, Section 3142. To issue bench warrant as to Tyler Lang. The Defendant is currently in California and the Government is requesting that a filed/signed copy of the Indictment and the arrest warrant be made available to the Assistant U.S. Attorney assigned to this case, in order to expedite the removal hearing on Wednesday morning. To set bond at $10,000.00 and that Defendant be allowed to sign own recognizance bond. The District Court Clerk's Office is directed to disclose to the Assistant U.S. Attorney assigned to this case for the Government, the name of the Judge, Magistrate Judge, and the docket number assigned to this case, in order to expedite arraignment of the arrested Defendant. The Clerk's Office is also directed to provide the Assistant U.S. Attorney assigned to this case a certified copy |

4

| | | |
|---|---|---|
| | | of the arrest warrant as soon as they are available. This information is to remain sealed until the arrest of the Defendant, or by further order of the court, whichever occurs first. Do not seal arrest warrant. (ym, ) (Entered: 07/14/2014) |
| 07/08/2014 | 🔒 view5 | BENCH WARRANT issued to U.S. Marshal as to Tyler Lang (Filed Stamped). (ym, ) (Entered: 07/14/2014) |
| 07/10/2014 | view | ARREST of defendant Tyler Lang in the Central District of California-Los Angeles. (ym, ) (Entered: 07/18/2014) |
| 07/10/2014 | view | ARREST of defendant Tyler Lang in the Central District of California (las, ) (Entered: 08/08/2014) |
| 07/11/2014 | view | ORAL MOTION by USA to unseal indictment as to Kevin Johnson, Tyler Lang. (ym, ) (Entered: 07/14/2014) |
| 07/11/2014 | view6 | ORDER as to Kevin Johnson, Tyler Lang: Government's oral reques to unseal indictment is granted. Arraignment set for 7/29/14 at 10:00 a.m. Signed by the Honorable Milton I. Shadur on 7/11/2014. (ym, ) (Entered: 07/14/2014) |
| 07/14/2014 | view9 | FINANCIAL Affidavit filed by Tyler Lang received from the Central District of California-Los Angeles. (SEALED) (ym, ) (Entered: 07/16/2014) |
| 07/14/2014 | 🔒 view10 | AFFIDAVIT of Surety received from the Central District of California-Los Angeles as to Tyler Lang. (ym, ) (Entered: 07/16/2014) |
| 07/18/2014 | view14 | RULE 5(c)(3) Documents Received as to Tyler Lang from the Central District of California-Los Angeles. (ym, ) (Entered: 07/18/2014) |
| 07/25/2014 | view15 | PRETRIAL Bail Report as to Tyler Lang (SEALED) (vv, ) (Entered: 07/25/2014) |
| 07/29/2014 | view17 | ATTORNEY Appearance for defendant Tyler Lang by Geoffrey McDonnell Meyer (Meyer, Geoffrey) (Entered: 07/29/2014) |
| 07/29/2014 | view20 | ORDER as to Tyler Lang: Arraignment hel don 7/29/2014. Order appointment of Geoffrey Meyer from the federal defender panel to represent defendant in this cause. Defendant acknowledges receipt of indictment and waives formal reading thereof. Defendant enters a plea of not guilty as to all counts. Government will turn over discovery after defendant's counsel has reviewed and approved protective order. Defendant's presence is waived for the next status hearing if he chooses not to appear after conferring with counsel. Status hearing set for 10/1/2014 at 9:00 a.m. Order defendant released on bond. Time is excluded through 10/1/2014 pursuant to 18 USC 3161(h)(7)(A) and (B)(ii). Signed by the |

|  |  |  | Honorable Milton I. Shadur on 7/29/2014. (ym, ) (Entered: 07/30/2014) |
|---|---|---|---|
| 07/29/2014 | 🔒 | view21 | ~~ORDER Setting Conditions of Release as to Tyler Lang in amount of $ 20,000, Own Recognizance Signed by the Honorable Milton I. Shadur on 7/29/2014. (ym, ) (Entered: 07/30/2014)~~ |
| 07/29/2014 | 🔒 | view22 | ~~OWN Recognizance Bond as to Tyler Lang in the amount of $ 20,000. (ym, ) (Entered: 07/30/2014)~~ |
| 08/04/2014 |  | view26 | RULE 5(c)(3) Documents Received as to Tyler Lang (las, ) (Entered: 08/08/2014) |
| 08/06/2014 |  | view23 | MOTION by USA for protective order as to Kevin Johnson, Tyler Lang *Agreed Motion for Entry of Protective Order Governing Discovery* (Biesenthal, Bethany) (Entered: 08/06/2014) |
| 08/06/2014 |  | view24 | ~~NOTICE of Motion by Bethany Kaye Biesenthal for presentment of motion for protective order 23 before Honorable Milton I. Shadur on 8/8/2014 at 09:15 AM. (Biesenthal, Bethany) (Entered: 08/06/2014)~~ |
| 08/08/2014 |  | view25 | MINUTE entry before the Honorable Milton I. Shadur as to Kevin Johnson (1) and Tyler Lang (2): Motion hearing held. The government's agreed motion for entry of protective order governing discovery 23 is granted. Enter Protective Order Governing Discovery. The status hearing set for October 1, 2014 at 9:00 a.m. shall stand. Mailed notice (cdh, ) (Entered: 08/08/2014) |
| 08/08/2014 |  | view27 | PROTECTIVE ORDER GOVERNING DISCOVERY as to Kevin Johnson and Tyler Lang Signed by the Honorable Milton I. Shadur on August 8, 2014. Mailed notice (cdh, ) (Entered: 08/11/2014) |
| 08/21/2014 | 🔒 | view28 | BENCH WARRANT returned executed as to Tyler Lang on 7/10/2014. (ym, ) (Entered: 08/22/2014) |
| 09/26/2014 |  | view29 | MOTION by Tyler Lang for preservation of agent`s notes (Meyer, Geoffrey) (Entered: 09/26/2014) |
| 09/26/2014 |  | view30 | MOTION by Tyler Lang to issue *subpoenas in forma pauperis* (Meyer, Geoffrey) (Entered: 09/26/2014) |
| 09/26/2014 |  | view31 | MOTION by Tyler Lang for disclosure *of government witness list* (Meyer, Geoffrey) (Entered: 09/26/2014) |
| 09/26/2014 |  | view32 | MOTION by Tyler Lang for disclosure *of government exhibit list* (Meyer, Geoffrey) (Entered: 09/26/2014) |
| 09/26/2014 |  | view33 | MOTION by Tyler Lang for disclosure *of government's intention to use expert witness testimony* (Meyer, Geoffrey) (Entered: |

| | | |
|---|---|---|
| | | 09/26/2014) |
| 09/26/2014 | view34 | MOTION by Tyler Lang for disclosure *of government's intention to use Rule 404(b) evidence* (Meyer, Geoffrey) (Entered: 09/26/2014) |
| 09/26/2014 | view35 | MOTION by Tyler Lang for disclosure *of exculpatory and favorable evidence* (Meyer, Geoffrey) (Entered: 09/26/2014) |
| 09/26/2014 | view36 | NOTICE of Filing as to Tyler Lang regarding MOTION by Tyler Lang for disclosure *of government's intention to use Rule 404(b) evidence* 34 , MOTION by Tyler Lang for preservation of agent`s notes 29 , MOTION by Tyler Lang for disclosure *of exculpatory and favorable evidence* 35 , MOTION by Tyler Lang for disclosure *of government's intention to use expert witness testimony* 33 , MOTION by Tyler Lang for disclosure *of government witness list* 31 , MOTION by Tyler Lang for disclosure *of government exhibit list* 32 , MOTION by Tyler Lang to issue *subpoenas in forma pauperis* 30 (Meyer, Geoffrey) (Entered: 09/26/2014) |
| 10/01/2014 | view40 | ATTORNEY Designation for USA of Nancy L. DePodesta (DePodesta, Nancy) (Entered: 10/01/2014) |
| 10/01/2014 | view44 | MINUTE entry before the Honorable Milton I. Shadur as to Tyler Lang:Status hearing held on 10/1/12014 and continued to 10/15/2014 at 9:30 a.m. Government to respond to pretrial motions on or before 10/8/2014. Time continues to be excluded through and including 10/15/2014 pursuant to 18 USC § 3161(h)(1)(D). Mailed notice (tlp, ) (Entered: 10/01/2014) |
| 10/08/2014 | view49 | RESPONSE by USA as to Kevin Johnson, Tyler Lang regarding MOTION by Tyler Lang for disclosure *of government's intention to use Rule 404(b) evidence* 34 , MOTION by Tyler Lang for disclosure *of exculpatory and favorable evidence* 35 , MOTION by Tyler Lang for disclosure *of government's intention to use expert witness testimony* 33 , MOTION by Tyler Lang for disclosure *of government witness list* 31 , MOTION by Tyler Lang for disclosure *of government exhibit list* 32 *Governments Consolidated Response to Defendants Pretrial Motions* (Biesenthal, Bethany) (Entered: 10/08/2014) |
| 10/15/2014 | view55 | MINUTE entry before the Honorable Milton I. Shadur as to Tyler Lang: Motion hearing held on 10/15/2014. MOTIONS for preservation of agent's notes 29 ,to issue subpoenas in forma pauperis 30 , for disclosure of government witness list 31 ,for disclosure of government exhibit list 32 , for disclosure of government's intention to use expert witness testimony 33 ,for disclosure of government's intention to use Rule 404(b) evidence |

7

| | | |
|---|---|---|
| | | 34 ,for disclosure of exculpatory and favorable evidence 35 taken under advisement. Time continues to be excluded pursuant to 18 USC §3161(h)(1)(D). Mailed notice (tlp, ) (Entered: 10/15/2014) |
| 10/15/2014 | view56 | MEMORANDUM ORDER Kevin Johnson, Tyler Lang: For the reasons stated in this memorandum order, all of defendants' motions are granted on the bases and pursuant to the timetables stated here. In addition, the government's cross motion for the early return of subpoenas is granted without objection. Finally, this matter is set for status hearing at 9:30 a.m. October 22, 2014, and time until then is excluded for Speedy Trial Act purposes under 18 U.S.C. § 3161(h)(7)(A) and (B)(ii). Signed by the Honorable Milton I. Shadur on 10/15/2014.Mailed notice (clw, ) (Entered: 10/15/2014) |
| 10/20/2014 | view61 | LETTER from Abraham R. Wagner dated 10/15/2014. (ym, ) (Entered: 10/23/2014) |
| 10/22/2014 | view59 | MINUTE entry before the Honorable Milton I. Shadur:as to Kevin Johnson, Tyler Lang: The docket text for Memorandum Order entered 10/15/2014 is amended to include the following: Motions for preservation of agent's notes 29 , to issue subpoenas in forma pauperis (as to which the government requests and is granted reciprocal approval) 30 , for disclosure of government witness list 31 , for disclosure of government exhibit list 32 , for disclosure of government's intention to use expert witness testimony 33 , for disclosure of government's intention to use Rule 404(b) evidence 34 , for disclosure of exculpatory and favorable evidence 35 are granted, with modifications as to the time for compliance as to 31 , 32 , 33 and 34 . Mailed notice (clw, ) (Entered: 10/22/2014) |
| 10/22/2014 | view | ~~ORAL MOTION by Kevin Johnson, Tyler Lang for leave to exceed the page limit. (ym, ) (Entered: 10/23/2014)~~ |
| 10/22/2014 | view60 | ORDER as to Kevin Johnson, Tyler Lang: Status and motion hearing held on 10/22/2014. Defendants are given leave to file joint motion to dismiss the indictment and accompanying memorandum on or before 11/7/2014.. Defendants oral motion for leave to exceed the page limit is granted. MOTION by Kevin Johnson to vacate pro hac vice filing of Abraham Wagner 57 , which was entered in error as an appearance for defendant Johnson is granted. MOTION of Abraham R. Wagner for leave to appear pro hac vice on behalf of Edythe London, et al, Amici Curiae 48 is denied. Status hearing continued to 11/12/2014 at 9:00 a.m. Time continues to be excluded until 11/12/2014 for Speedy Trial Act purposes under 18 U.S.C. § 3161(h)(7)(A) and (B)(ii). Signed by the Honorable Milton I. Shadur on 10/22/2014. |

8

| | | |
|---|---|---|
| | | (ym, ) (Entered: 10/23/2014) |
| 11/06/2014 | view63 | MOTION by Kevin Johnson, Tyler Lang to dismiss *indictment* (Meeropol, Rachel) (Entered: 11/06/2014) |
| 11/07/2014 | view64 | MEMORANDUM Order as to Kevin Johnson, Tyler Lang. Status set for 11/12/2014 is vacated. Time thereafter will be further excluded on an open ended basis under 18 U.S.C. § 3161(h)(1)(D) until further order of this Court. Signed by the Honorable Milton I. Shadur on November 7, 2014. Mailed notice (tlp, ) (Entered: 11/07/2014) |
| 11/13/2014 | view65 | Application by USA as to Kevin Johnson, Tyler Lang *Application for an Order Relating to Subject Phone 3* (Biesenthal, Bethany) (Entered: 11/13/2014) |
| 11/13/2014 | view66 | ~~NOTICE of Appearance by USA as to Kevin Johnson, Tyler Lang regarding miscellaneous other 65 *Application for an Order Relating to Subject Phone 3* (Biesenthal, Bethany) (Entered: 11/13/2014)~~ |
| 11/13/2014 | view67 | ~~NOTICE of Appearance - Corrected by USA as to Kevin Johnson, Tyler Lang regarding miscellaneous other 65 *Application for an Order Relating to Subject Phone 3* (Biesenthal, Bethany) (Entered: 11/13/2014)~~ |
| 11/13/2014 | view68 | MINUTE entry before the Honorable Milton I. Shadur as to Tyler Lang: Hearing as to application by USA as to Kevin Johnson, Tyler Lang for an order relating to subject phone 3 set for 11/18/2014 at 9:15 AM. Mailed notice (tlp, ) (Entered: 11/13/2014) |
| 11/18/2014 | view69 | MINUTE entry before the Honorable Milton I. Shadur: Hearing as to 65 application by USA as to Kevin Johnson, Tyler Lang for an order relating to subject phone 3 held on 11/18/2014. Response to application 65 is to be filed by 12/2/2014, with a status hearing set for 12/9/2014 at 9:00 a.m. Government's response to motion to dismiss is to be filed by 12/17/2014, with a status hearing set for 12/19/2014 at 9:00 a.m. Speedy Trial Act exclusion continues on open-ended basis under 18 U.S.C. § 3161(h)(1)(D). Mailed notice. (pjg, ) (Entered: 11/18/2014) |
| 11/26/2014 | view70 | ~~ATTORNEY Appearance for movant, Sudha Setty by Joshua G. Herman. (ym, ) (Entered: 11/26/2014)~~ |
| 11/26/2014 | view71 | MOTION for Leave to Appear Pro Hac Vice by Sudha Setty; Filing fee $ 50 paid, Receipt #4624130949. (ym, ) (Entered: 11/26/2014) |
| 11/26/2014 | view72 | ~~NOTICE of Motion by Sudha Narayana Setty for presentment of~~ |

9

| | | |
|---|---|---|
| | | application to appear pro hac vice 71 before Honorable Milton I. Shadur on 12/3/2014 at 09:15 AM. (ym, ) (Entered: 11/26/2014) |
| 11/26/2014 | view73 | MOTION by Sudha Narayana Setty for leave to file memorandum as Amicus Curiae in support of Defendant's motion to dismiss indictment (Exhibits). (ym, ) (Entered: 11/26/2014) |
| 11/26/2014 | view74 | NOTICE of Motion by Sudha Narayana Setty for presentment of motion for leave to file memorandum as Amicus Curiae in support of Defendant's motion to dismiss indictment 73 before Honorable Milton I. Shadur on 12/3/2014 at 09:15 AM. (ym, ) (Entered: 11/26/2014) |
| 12/02/2014 | view75 | MEMORANDUM by Tyler Lang in Opposition to miscellaneous other 65 (Meyer, Geoffrey) (Entered: 12/02/2014) |
| 12/03/2014 | view76 | ORDER as to Kevin Johnson (1), Tyler Lang (2): Motion hearing held on 12/3/2014. MOTION for leave to appear Pro Hac Vice by Sudha Setty 71 is granted. MOTION by Sudha Narayana Setty for leave to file memorandum as Amicus Curiae in support of defendant's motion to dismiss indictment 73 is denied without prejudice for the reasons stated on the record. Government is ordered to file a reply by 12/31/2014 in support of its application for an order relating to subject phone 3 65 . Status hearings set for 12/9/2014 and 12/19/2014 are vacated. Signed by the Honorable Milton I. Shadur on 12/3/14. (las, ) (Entered: 12/04/2014) |
| 12/12/2014<br><br>Flash Drive | view77 | TRANSCRIPT OF PROCEEDINGS as to Kevin Johnson, Tyler Lang held on 10/15/2014, before the Honorable Milton I. Shadur. Court Reporter Contact Information: Rosemary Scarpelli, Rosemary_Scarpelli@ilnd.uscourts.gov, (312)435-5815.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 1/2/2015. Redacted Transcript Deadline set for 1/12/2015. Release of Transcript Restriction set for 3/12/2015. (Scarpelli, Rosemary) (Entered: 12/12/2014) |
| 12/12/2014 | view78 | DOCUMENT Removed Per Court Order Dated 1/6/2015.(ym, ). Modified on 1/6/2015 (ym, ). (Entered: 12/12/2014) |
| 12/12/2014 | view79 | NOTICE of Motion for presentment of motion for leave to file |

10

| | | |
|---|---|---|
| | | brief as Amici Curiae, 78 before Honorable Milton I. Shadur on 12/17/2014 at 09:15 AM. (ym, ) (Entered: 12/12/2014) |
| 12/12/2014 | view80 | DOCUMENT Removed Per Court Order, Dated 1/6/2015.(ym, ). Modified on 1/6/2015 (ym, ). (Entered: 12/12/2014) |
| 12/12/2014 | view81 | ATTORNEY Appearance of Amici Curiae by Christopher Cooper. (ym, ) (Entered: 12/12/2014) |
| 12/15/2014 | view82 | MOTION by Tyler Lang to strike brief, 80 , MOTION by Kevin Johnson, Tyler Lang for leave to 78 (Attachments: # 1 Certificate of Service)(Meyer, Geoffrey) (Entered: 12/15/2014) |
| 12/15/2014 | view83 | NOTICE of Motion by Geoffrey McDonnell Meyer for presentment of motion to strike 82 before Honorable Milton I. Shadur on 12/17/2014 at 09:15 AM. (Meyer, Geoffrey) (Entered: 12/15/2014) |
| 12/15/2014 | view84 | NOTICE of of Opposition by Kevin Johnson as to Kevin Johnson, Tyler Lang regarding brief, 80 , MOTION by Kevin Johnson, Tyler Lang for leave to 78 (Deutsch, Michael) (Entered: 12/15/2014) |
| 12/15/2014 | view85 | NOTICE of Motion by Kevin Johnson as to Kevin Johnson, Tyler Lang regarding notice 84 (Deutsch, Michael) (Entered: 12/15/2014) |
| 12/16/2014 | view91 | RESPONSE And Opposition by Amici Curiae Edythe London, Et Al. to Defendant Johnson's opposition to filing of Amici's brief 84 and motion to strike the motion for leave to file an Amicus Brief (Exhibits). (ym, ) (Entered: 12/19/2014) |
| 12/16/2014 | view92 | RESPONSE and Opposition by Amici Curiae Edythe London, Et Al. to Defendant Tyler Lang's Motion to strike motion for leave to file brief Amici Curiae in opposition to Defendant's motion to dismiss and accompanying brief of Amici Curiae 82 (Exhibits). (ym, ) (Entered: 12/19/2014) |
| 12/17/2014 | view87 | ORDER as to Tyler Lang (2): Motion hearing held on 12/17/2014. MOTION by Tyler Lang to strike motions from docket 78 [ 80] is granted. Status hearing set for 12/19/2014 at 9:00 a.m. Signed by the Honorable Milton I. Shadur on 12/17/2014. (yap, ) (Entered: 12/17/2014) |
| 12/17/2014 | view88 | RESPONSE by USA as to Kevin Johnson, Tyler Lang regarding MOTION by Kevin Johnson, Tyler Lang to dismiss *indictment* 63 *Governments Response to Defendants Motion to Dismiss* (Biesenthal, Bethany) (Entered: 12/17/2014) |
| 12/17/2014 | 🔒 view | (Court only) ***Motions terminated as to Tyler Lang: 82 MOTION by Tyler Lang to strike brief, 80 , MOTION by Kevin |

11

| | | |
|---|---|---|
| | | Johnson, Tyler Lang for leave to 78 filed by Tyler Lang. (tlp, ) (Entered: 12/18/2014) |
| 12/18/2014 | view89 | ATTORNEY Designation for USA of William Ridgway (Ridgway, William) (Entered: 12/18/2014) |
| 12/19/2014 | view90 | MINUTE entry before the Honorable Milton I. Shadur:Status hearing held on 12/19/2014. Government to file reply to MOTION by Kevin Johnson and Tyler Lang to dismiss indictment 63 by 1/16/2015. Mailed notice (tlp, ) (Entered: 12/19/2014) |
| 12/22/2014 | view93 | EXECUTIVE COMMITTEE ORDER: It appearing that effective December 12, 2014, the Hon. Milton I. Shadur has elected to no longer receive new criminal cases; therefore It is hereby ordered that the Clerk of Court is to reassign, by lot, the cases on the attached list as indicated to another district court judge of this Court. Case as to Kevin Johnson, Tyler Lang Reassigned to the Honorable Amy J. St. Eve. Honorable Milton I. Shadur no longer assigned to the case.(mr, ) (Entered: 12/22/2014) |
| 12/22/2014 | view94 | REPLY by USA to miscellaneous other 65 *Governments Reply in Support of its Application for an Order Relating to Subject Phone 3* (Biesenthal, Bethany) (Entered: 12/22/2014) |
| 12/22/2014 | view95 | MINUTE entry before the Honorable Amy J. St. Eve:as to Kevin Johnson, Tyler Lang: Status hearing set for 1/6/2015 at 09:00 AM. Mailed notice (kef, ) (Entered: 12/22/2014) |
| 12/23/2014 | view | (Court only) ***Motions terminated as to Kevin Johnson, Tyler Lang: 41 MOTION by USA for detention as to Kevin Johnson *Governments Motion to Detain Defendant Johnson Pending Trial* filed by USA, MOTION by Kevin Johnson to set bond and conditions of release filed by Kevin Olliff. (kef, ) (Entered: 12/23/2014) |
| 01/06/2015 | view96 | ORDER as to Kevin Johnson, Tyler Lang: Status hearing held on 1/6/15 and continued to 2/11/15 at 9:00 a.m. Pursuant to Judge Shadur's 12/17/14 order, the Clerk's Office is directed to remove docs. 78 and 80 from the docket. Defendant Lang's sur-reply to the government's application for an order relating to subject phone 3 65 shall be filed by 1/16/15. No further briefing unless ordered by the court. Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(i), time is excluded in the interest of justice beginning 1/6/15 to 2/11/15. Signed by the Honorable Amy J. St. Eve on 1/6/2015. (ym, ) (Entered: 01/06/2015) |
| 01/16/2015 | view97 | REPLY by Kevin Johnson, Tyler Lang to response to motion 88 |

12

|  |  |  |
|---|---|---|
|  |  | (Attachments: # 1 Exhibit A and B, # 2 Exhibit C)(Meeropol, Rachel) (Entered: 01/16/2015) |
| 01/16/2015 | view98 | SUR-REPLY by Defendant Tyler Lang to reply 94 *by government in support of its application* (Attachments: # 1 Certificate of Service)(Meyer, Geoffrey) (Entered: 01/16/2015) |
| 01/21/2015 | view99 | MINUTE entry before the Honorable Amy J. St. Eve:as to Kevin Johnson, Tyler Lang: Oral argument on defendants' motion to dismiss 63 set for 2/19/2015 at 10:00 AM. Defendant Lang's presence is waived for the 2/19/15 hearing. Mailed notice (kef, ) (Entered: 01/21/2015) |
| 01/23/2015 | view100 | MINUTE entry before the Honorable Amy J. St. Eve:as to Kevin Johnson, Tyler Lang: Government's Application for an Order Relating to Subject Phone 3 65 is granted. The government shall email the proposed order to Judge St. Eve's proposed order email, the link for which can be found on her web page. [For further details, see separate Memorandum Opinion and Order.] Mailed notice (kef, ) (Entered: 01/23/2015) |
| 01/23/2015 | view101 | MEMORANDUM Opinion and Order as to Kevin Johnson, Tyler Lang Signed by the Honorable Amy J. St. Eve on 1/23/15.Mailed notice (kef, ) (Entered: 01/23/2015) |
| 01/23/2015 | view102 | ORDER as to Kevin Johnson, Tyler Lang Signed by the Honorable Amy J. St. Eve on 1/23/15.Mailed notice (kef, ) (Entered: 01/23/2015) |
| 01/23/2015 | view103 | ORDER to Service Provider as to Kevin Johnson, Tyler Lang Signed by the Honorable Amy J. St. Eve on 1/23/15.Mailed notice (kef, ) (Entered: 01/23/2015) |
| 02/03/2015 | view104 | ORDER to Service Provider as to Kevin Johnson, Tyler Lang Signed by the Honorable Amy J. St. Eve on 2/3/15.Mailed notice (kef, ) (Entered: 02/03/2015) |
| 02/11/2015 | view105 | MINUTE entry before the Honorable Amy J. St. Eve:as to Kevin Johnson, Tyler Lang: Status hearing held on 2/11/2015. Oral argument remains set for 2/19/15 at 10:00 a.m. Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(i), time is excluded in the interest of justice and pending pretrial motions beginning 2/11/15 to 2/19/15. Mailed notice (kef, ) (Entered: 02/11/2015) |
| 02/19/2015 | view106 | MINUTE entry before the Honorable Amy J. St. Eve:as to Kevin Johnson, Tyler Lang: Oral argument on defendants' motion to dismiss 63 held on 2/19/15. Status hearing set for 3/24/2015 at 09:00 AM. Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(i), time is excluded in the interest of justice |

| | | |
|---|---|---|
| | | beginning 2/19/15 to 3/24/15. Mailed notice (kef, ) (Entered: 02/19/2015) |
| 02/25/2015 | view107 | MOTION by Tyler Lang to modify conditions of release - *unopposed* (Attachments: # 1 Certificate of Service)(Meyer, Geoffrey) (Entered: 02/25/2015) |
| 02/25/2015 | view108 | ~~NOTICE of Motion by Geoffrey McDonnell Meyer for presentment of motion to modify conditions of release 107 before Honorable Amy J. St. Eve on 3/2/2015 at 08:45 AM. (Meyer, Geoffrey) (Entered: 02/25/2015)~~ |
| 02/25/2015 | view109 | MINUTE entry before the Honorable Amy J. St. Eve: as to Tyler Lang: Defendant's unopposed motion to modify conditions of release 107 is granted. Defendant Tyler Lang is permitted to travel to the Northern District of California from 3/5/15 through 3/10/15 provided that he provide pretrial services an itinerary prior to his departure. No appearance is required on the 3/2/15 notice date. Mailed notice (kef, ) (Entered: 02/25/2015) |
| 03/03/2015 | view110 | ~~NOTICE by Joshua G. Herman of Change of Address (Herman, Joshua) (Entered: 03/03/2015)~~ |
| 03/05/2015 | view111 | MINUTE entry before the Honorable Amy J. St. Eve: as to Kevin Johnson, Tyler Lang: Defendants' motion to dismiss the indictment 63 is denied. [For further details, see separate Memorandum Opinion and Order.] Mailed notice (kef, ) (Entered: 03/05/2015) |
| 03/05/2015 | view112 | MEMORANDUM Opinion and Order as to Kevin Johnson, Tyler Lang Signed by the Honorable Amy J. St. Eve on 3/5/15.Mailed notice (kef, ) (Entered: 03/05/2015) |
| 03/24/2015 | view113 | MINUTE entry before the Honorable Amy J. St. Eve:as to Kevin Johnson, Tyler Lang: Status hearing held on 3/24/2015 and continued to 5/6/2015 at 09:00 AM. Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(i), time is excluded in the interest of justice beginning 3/24/15 to 5/6/15. Mailed notice (kef, ) (Entered: 03/24/2015) |
| 05/06/2015 | view114 | MINUTE entry before the Honorable Amy J. St. Eve:as to Tyler Lang: Status hearing held on 5/6/2015 and continued to 6/8/2015 at 08:45 AM. Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(i), time is excluded in the interest of justice beginning 5/6/15 to 6/8/15. Mailed notice (kef, ) (Entered: 05/06/2015) |
| 05/22/2015 | view118 | MINUTE entry before the Honorable Amy J. St. Eve:as to Tyler Lang: Status hearing set for 6/8/15 is stricken. Change of Plea Hearing set for 6/4/2015 at 9:15 AM. Courtesy copy of any plea |

14

| | | |
|---|---|---|
| | | agreement/plea declaration shall be delivered by 3:00 p.m. on 6/3/15. Mailed notice (kef, ) (Entered: 05/22/2015) |
| 06/04/2015 | view120 | MINUTE entry before the Honorable Amy J. St. Eve:as to Tyler Lang: At defendant's request, Change of Plea Hearing set for 6/4/15 is stricken and reset to 7/22/2015 at 9:15 AM. Courtesy copy of any plea agreement/plea declaration shall be delivered by 3:00 p.m. on 7/21/15. Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(i), time is excluded in the interest of justice beginning 6/4/15 to 7/22/15. Mailed notice (kef, ) (Entered: 06/04/2015) |
| 06/29/2015 | view121 | MOTION by Kevin Johnson to seal document as to Kevin Johnson, Tyler Lang (Deutsch, Michael) (Entered: 06/29/2015) |
| 06/29/2015 | view122 | MINUTE entry before the Honorable Amy J. St. Eve:as to Kevin Johnson: Defendant's motion to seal portions of defendant's 6/26/15 guilty plea transcript 121 is granted without objection. Mailed notice (kef, ) (Entered: 06/29/2015) |
| 07/22/2015 | view125 | ORDER as to Tyler Lang: Change of plea hearing held on 7/22/15. Defendant informed of his rights. Plea Agreement executed in open court. Defendant enters a plea of guilty to count one of the indictment. Judgment of guilty entered. Cause referred to the Probation Office for a Pre-Sentence Investigation Report. Government's version of the offense shall be delivered to Probation by 7/29/15. Defendant's version by 8/5/15. Sentencing memoranda and/or objections to the PSR shall be filed by 10/26/15. Parties must also include their proposed conditions of supervised release and reasons for those proposals. Responses to the sentencing memorandum and to the proposed conditions of release shall be filed by 8/20/15. Sentencing set for 11/9/15 at 9:15 a.m. Same bond to stand.The Probation Office is directed to disclose to counsel for both the government and the defendant the officer's sentencing recommendations. The Probation Office should provide this information to counsel at the same time it provides its recommendations to the Court. No later than 30 days before sentencing, parties are directed to notify the court if sentencing is anticipated to last longer than 45 minutes. Signed by the Honorable Amy J. St. Eve on 7/22/2015. Mailed notice. (ym, ) (Entered: 07/23/2015) |
| 07/22/2015 | view126 | PLEA Agreement as to Tyler Lang. (ym, ) (Entered: 07/23/2015) |
| 10/06/2015 Flash Drive | view132 | PRESENTENCE Investigation Report as to Tyler Lang (SEALED) (Attachments: # 1 Supplement Plea Agreement)(Sohl, David) (Entered: 10/06/2015) |
| 10/06/2015 | 🔒 view133 | (Court only) SENTENCING Recommendation as to Tyler Lang |

15

| | | |
|---|---|---|
| | | ~~(SEALED) (Sohl, David) (Entered: 10/06/2015)~~ |
| 10/29/2015<br><br>Flash Drive | view134 | TRANSCRIPT OF PROCEEDINGS as to Kevin Johnson, Tyler Lang held on 12/17/2014, before the Honorable Milton I. Shadur. Court Reporter Contact Information: Rosemary Scarpelli, Rosemary_Scarpelli@ilnd.uscourts.gov, (312)435-5815.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 11/19/2015. Redacted Transcript Deadline set for 11/30/2015. Release of Transcript Restriction set for 1/27/2016. (Scarpelli, Rosemary) (Entered: 10/29/2015) |
| 11/02/2015 | view135 | MINUTE entry before the Honorable Amy J. St. Eve:as to Tyler Lang: At defendant's request, Sentencing set for 11/9/15 is stricken and reset to 12/18/2015 at 10:15 AM. Sentencing memoranda and/or objections to the PSR shall be filed by 12/4/15. Parties must also include their proposed conditions of supervised release and reasons for those proposals. Responses to the sentencing memorandum and to the proposed conditions of release shall be filed by 12/11/15. Mailed notice (kef, ) (Entered: 11/02/2015) |
| 12/07/2015 | view137 | MINUTE entry before the Honorable Amy J. St. Eve:as to Tyler Lang: At defendant's unopposed request, Sentencing set for 12/8/15 is stricken and reset to 3/23/2016 at 09:15 AM. Sentencing memoranda and/or objections to the PSR shall be filed by 3/7/16. Parties must also include their proposed conditions of supervised release and reasons for those proposals. Responses to the sentencing memorandum and to the proposed conditions of release shall be filed by 3/14/16. Mailed notice (kef, ) (Entered: 12/07/2015) |
| 12/21/2015<br><br>Flash Drive | view138 | TRANSCRIPT OF PROCEEDINGS as to Kevin Johnson, Tyler Lang held on 2/19/15, before the Honorable Amy J. St. Eve. Court Reporter Contact Information: Joseph Rickhoff, 312-435-5562, joseph_rickhoff@ilnd.uscourts.gov.<P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or |

16

|  |  | PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 1/11/2016. Redacted Transcript Deadline set for 1/21/2016. Release of Transcript Restriction set for 3/21/2016. (Rickhoff, Joseph) (Entered: 12/21/2015) |
|---|---|---|
| 03/07/2016 | view156 | SENTENCING MEMORANDUM as to Tyler Lang (Biesenthal, Bethany) (Entered: 03/07/2016) |
| 03/07/2016 | view157 | SENTENCING MEMORANDUM as to Tyler Lang (Meyer, Geoffrey) (Entered: 03/07/2016) |
| 03/14/2016 | view158 | RESPONSE by USA to sentencing memorandum 157 (Biesenthal, Bethany) (Entered: 03/14/2016) |
| 03/14/2016 | view159 | RESPONSE by Tyler Lang to sentencing memorandum 156 (Meyer, Geoffrey) (Entered: 03/14/2016) |
| 03/23/2016 | view160 | MINUTE entry before the Honorable Amy J. St. Eve:as to Tyler Lang: Sentencing held on 3/23/2016. Mailed notice (kef, ) (Entered: 03/23/2016) |
| 03/23/2016 | 🔒 view | ~~(Court only) ***Procedural Interval start P6 as to count one of the indictment as to Tyler Lang. (ym, ) (Entered: 03/24/2016)~~ |
| 03/23/2016 | view161 | JUDGMENT (Sentencing Order) as to Tyler Lang (2), Count(s) 1, The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 3 months on count one of the indictment, time considered served. Upon release from imprisonment, the defendant shall be on supervised release for a term of 1 year on count one of the indictment. The defendant shall make total restitution in the amount of $200,000.00. Schedule of payments.; Count(s) 2, Any remaining counts are dismissed on the motion of the United States. (Terminated defendant Tyler Lang). Signed by the Honorable Amy J. St. Eve on 3/23/2016. Mailed certified copy to defendant Tyler Lang's counsel of record Geoffrey Meyer. (ym, ) (Entered: 03/24/2016) |
| 03/23/2016  Flash Drive | view162 | STATEMENT of Reasons as to Tyler Lang(SEALED). Mailed certified copies to defendant Tyler Lang's counsel of record Geoffrey Meyer. (ym, ) (Entered: 03/24/2016) |
| 03/23/2016  Flash Drive | view169 | STATEMENT of Reasons attached to Amended Judgment 168 as to Tyler Lang(SEALED). Mailed certified copy to defendant Tyler Lang's counsel of record Geoffrey Meyer. (ym, ) (Entered: 04/07/2016) |

| 03/24/2016 | view | ~~JUDGMENT and Commitment as to Tyler Lang issued to U.S. Marshal via email. (ym, ) (Entered: 03/24/2016)~~ |
|---|---|---|
| 03/24/2016 | view | ~~FORWARDED certified copy of Judgment (Sentencing Order) with Statement of Reasons to the Docketing Department of the U.S. Attorney's Office and the U.S. District Court's Fiscal Department as to Tyler Lang. (ym, ) (Entered: 03/24/2016)~~ |
| 03/30/2016 | view163 | NOTICE OF APPEAL by Tyler Lang (Brook, Carol) (Entered: 03/30/2016) |
| 03/30/2016 | view164 | DOCKETING statement by Tyler Lang regarding notice of appeal 163 (Brook, Carol) (Entered: 03/30/2016) |
| 03/30/2016 | view165 | ~~NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 163 (ek, ) (Entered: 03/30/2016)~~ |
| 03/30/2016 | view166 | ~~Transmission of short record as to Tyler Lang to US Court of Appeals re notice of appeal 163 (ek, ) (Entered: 03/30/2016)~~ |
| 03/30/2016 | view167 | ~~USCA case number 16-1694 for notice of appeal 163 as to Tyler Lang. (ym, ) (Entered: 03/31/2016)~~ |
| 04/05/2016 | view168 | AMENDED JUDGMENT as to Tyler Lang (2), Count(s) 1: **The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 1 day on count one of the indictment, time considered served. Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36). Signed by the Honorable Amy J. St. Eve on 4/5/2016. Mailed certified copy to defendant Tyler Lang's counsel of record Geoffrey Meyer. (ym, ) (Entered: 04/07/2016) |
| 04/07/2016 | view | ~~AMENDED JUDGMENT and Commitment as to Tyler Lang issued to U.S. Marshal via email. (ym, ) (Entered: 04/07/2016)~~ |
| 04/07/2016 | view | ~~FORWARDED certified copy of Amended Judgment (Sentencing Order) with Statement of Reasons to the Docketing Department of the U.S. Attorney's Office and the U.S. District Court's Fiscal Department as to Tyler Lang. (ym, ) (Entered: 04/07/2016)~~ |
| 07/28/2016 | view173 | ~~NOTICE to Transmit Record on Appeal regarding notice of appeal 163 ; USCA Case No. 16-1694 as to Tyler Lang. (ym, ) (Entered: 07/29/2016)~~ |

**KEY**

**Majority of the items are included in this record.**

**All crossed out items are not included in the record.**

18